DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MALIK ANTOIN MAYNARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2722
————————————————

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Lynn Goudie, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

 Affirmed.


LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.